IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GIA M. P.,

    Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 6:17-cv-01825-MA

ORDER FOR EAJA FEES

MARSH, Judge

Based on the parties' Settlement and Stipulated Motion for Entry of Order Awarding Attorney's Fees (ECF No. 20), it is ORDERED that attorney's fees in the amount of $9,035.10 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs or expenses. The attorney's fees shall be paid to Plaintiff's attorney, subject to verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Drew Johnson and mailed to his office at 1700 Valley River Dr., Eugene, Oregon 97401. If Plaintiff has

1 - ORDER FOR EAJA FEES

a qualifying debt, then the check for any remaining funds after offset shall be made out to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 27 day of November, 2018.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER FOR EAJA FEES